NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Timothy D. Thurman, State Bar No. 216048
TRINITY LAW ASSOCIATES, Inc.
3470 Wilshire Blvd., Suite 930
Los Angeles, California 90010
Tel: (213) 384 9000; Fax: (213) 402 3262

FILED
2009 JUL 13 PM 3: 37
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY _____

ATTORNEYS FOR: THE GREAT NATION GROUP, INC.,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GREAT NATION GROUP, INC., a foreign corporation<br><br>          Plaintiff(s),<br><br>v.<br><br>D.M.D. DISCOVERIES, INC., a New York corporation; and DOES I-10, inclusive<br><br>          Defendant(s) | CASE NUMBER<br><br>**CV09-5034 RGK (SSx)**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for THE GREAT NATION GROUP, INC., a foreign corporation
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| THE GREAT NATION GROUP, INC. | PLAINTIFF |
| D.M.D. DISCOVERIES, INC. | DEFENDANT |
| DOES 1-10, inclusive | DEFENDANT |

7/13/09           *[signature]*
Date             Sign

THE GREAT NATION GROUP, INC.   Timothy Thurman
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES
CV-30 (12/03)